# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO (CINCINNATI)

| | | |
|---|---|---|
| KEVIN SCHMIDT | ) | CASE NO. 1:21-mc-00027-MRB-KLL |
| Plaintiff, | ) | |
| vs. | ) | JUDGE: MICHAEL R. BARRETT |
| ERIC FISCHER and BRIANNA FISCHER a/k/a BRIANNA JOHNSON | ) | **ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER** |
| Defendant(s). | ) | |

This matter came before the Court on Plaintiff's Motion for Appointment of Private Process Server (the "Motion"). Plaintiff has alleged that good cause exists for granting the Motion. The Court, having considered the Motion, hereby grants Plaintiff's Motion.

IT IS FURTHER ORDERED, that Plaintiff may retain Greentree Legal to effectuate service of process on Defendants.

Date: 6/30/2022

Karen L. Litkovitz
Chief United States Magistrate Judge

SUBMITTED BY:

/s/ Alan C. Hochheiser
Alan C. Hochheiser, (0041222)
MAURICE WUTSCHER LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122
Telephone: 216-220-1129
Facsimile: 216-472-8510
Email: ahochheiser@mauricewutscher.com
Attorney for Kevin Schmidt